UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Darrell Whitehorn
    Petitioner

v.

Dave Dormire
    Respondent

CASE No. 4:09CV881 HEA

## Motion For Assistance of Counsel

Come Now, Petitioner Darrell Whitehorn pro se request Assistance from this Honorable Court becaue petitioner is lacking eduction and don't know what to do.

Petitioner has filed this Motion for Assistance of Counsel becaus petitioner has got a answer from one court looking for a responds and petitioner don't know what to do, Please help the Petitioner Darrell Whitehorn Ask

                              Darrell Whitehorn

Sign this day 23R of 7 2009
Witnessed before me on the 23rd day of July 2009



                              Gene T James
                              Notary