UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRELL WHITEHORN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:09CV0881 HEA/AGF |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc. #13) for an additional 90 days in which to file a traverse is **GRANTED**. Plaintiff shall have up to and including October 26, 2009, to file a traverse.

**IT IS FURTHER ORDERED** that Petitioner's renewed motions (Doc. No. #9 & Doc. #14) for appointment of counsel, are **DENIED** for the reasons set forth in this Court's Order dated July 24, 2009.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of July, 2009.