UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRELL WHITEHORN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:09CV0881 HEA/AGF |
| | ) |
| DAVE DORMIRE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's Motion to Amend [Doc. #19] is **GRANTED**. This amended document shall be considered along with Petitioner's Motion for an Evidentiary Hearing and "Motion for Facts and Finding of Conclusion and Discover."

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of September, 2009.