# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL WHITEHORN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV0881 HEA/AGF |
| | ) | |
| DAVE DORMIRE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the record,

**IT IS HEREBY ORDERED** that Petitioner's unopposed motion (Doc. #24) for leave to amend his habeas petition in **GRANTED**. Respondent shall have up to and including January 4, 2010, to respond to Petitioner's amendment.

**IT IS FURTHER ORDERED** that Petitioner's motion (Doc. #18) for a hearing is **DENIED**. Should the Court later determine that an evidentiary hearing is necessary, such a hearing will be ordered.

**IT IS FURTHER ORDERED** that Petitioner's motion (Doc. #17) for findings and conclusions and for discovery is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of December, 2009.